**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| OCTALUNA, LLC, OCTALUNA II, LLC, OCTALUNA III, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, and PATRIARCH PARTNERS AGENCY SERVICES, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> RM ACQUISITION, LLC, <br><br> Defendant. | 20-cv-5540-ALC |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Octaluna, LLC, Octaluna II, LLC, Octaluna III, LLC (collectively, the "Octaluna Entities"), and Patriarch Partners Management Group, LLC ("PPMG"), through counsel, hereby give notice that the first claim for relief (breach of contract by the Octaluna Entities), the second claim for relief (unjust enrichment by the Octaluna Entities in the alternative), the third claim for relief (account stated by the Octaluna Entities in the alternative), the fourth claim for relief (breach of contract by PPMG), the fifth claim for relief (unjust enrichment by PPMG in the alternative), and the

sixth claim for relief (account stated by PPMG in the alternative), are voluntarily dismissed with prejudice against Defendant RM Acquisition, LLC.[1]

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2020 | SHER TREMONTE LLP<br><br>By: /s/ Theresa Trazaskoma<br>    Theresa Trzaskoma<br>    Mark Cuccaro<br>    Jennifer X. Luo<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 202-2600<br>ttrzaskoma@shertremonte.com<br><br>*Attorneys for Plaintiffs Octaluna, LLC, Octaluna II, LLC, Octaluna III, LLC, Patriarch Partners Management Group, LLC, and Patriarch Partners Agency Services, LLC* |

---

[1] Plaintiff Patriarch Partners Agency Services, LLC previously filed a notice of voluntary dismissal with prejudice regarding its claims of breach of contract, unjust enrichment, and account stated against RM Acquisition on October 13, 2020. Dkt. 26. Thus, with this Notice of Voluntary Dismissal, there are no remaining claims for relief and the entire cause of action is now dismissed.