```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/06/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **OCTALUNA LLC, ET AL.,**

                             **Plaintiffs,**

                 -against-                                **1:20-cv-05540 (ALC)**

   **RM ACQUISITION, LLC,**                       **ORDER**

                             **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's voluntary dismissal of the above-captioned action, with prejudice, ECF Nos. 26-27, is **GRANTED**.

**SO ORDERED.**

**Dated:**     **November 6, 2020**
             **New York, New York**

                                                     **HON. ANDREW L. CARTER, JR.**
                                                          **United States District Judge**